# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155921 & (21)

WILBERT EVANS,
     Plaintiff-Appellee,

v

    SC: 155921
    COA: 337361
    Oakland CC: 2016-155470-NH

WILLIAM BEAUMONT HOSPITAL,
     Defendant,
and

DANIEL MICHAEL, M.D., and UNIVERSITY
NEUROSURGICAL ASSOCIATES, P.C., d/b/a
MICHIGAN HEAD AND SPINE INSTITUTE,
     Defendants-Appellants.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 28, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2017



d0620

Clerk